United States District Court

Chris C. Streeter
Plaintiff

v.

United States
Defendant

Civil Action

FILED IN CLERK'S OFFICE
2023 MAR 28 PM 12: 

The Plaintiff, Chris C. Streeter, respectfully asks This Court's permission to use The Electronic Court Filing (ECF). The Plaintiff has filed electronically in the Probate Court & The Superior Court of Massachusetts. The Plaintiff has access to The internet, a computer & a scanner to facilitate electronic filing.

WHEREFORE, The Plaintiff request The Court order:

Chris Streeter is granted permission to use The ECF

Respectfully submitted
under penalty of perjury
Chris Streeter / CHRIS STREETER
47 Farmcrest Avenue, Lexington MA 02421
ccstreeter@verizon.net
617-688-6422